UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICK MARTIN,**<br>and individually on behalf all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**JLE INDUSTRIES, LLC, JLE EQUIPMENT LEASING, LLC, and EVAN POHASKI**<br><br>**Defendants.** | Case No. 2:24-CV-00326-MPK<br><br>**MAGISTRATE JUDGE<br>MAUREEN P. KELLY** |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL**

Plaintiff Rick Martin, through counsel, hereby moves for final approval of the settlement in this case. On January 28, 2025, the Court granted preliminary approval of the proposed settlement in this matter and authorized the issuance of notice to the class. ECF No. 47. In the following weeks, Class Counsel worked diligently to ensure that Settlement Class Members received the Notice of settlement and were made aware of their rights under the settlement. The response to the settlement has been positive, with no objections and no requests for exclusion.

This settlement is a fair resolution of the claims Plaintiff has raised against Defendants and is a favorable result given Defendants' financial condition and the very real risk that, if the litigation continued, Plaintiff and the class would have no recovery at all or a significantly reduced recovery. It is also a fair outcome given the risks of litigation, the strength of Defendants' defenses, and the value of the class members' potential claims. Plaintiff therefore requests that this Court grant his Motion for Final Approval and award the other relief set forth in the Proposed Order attached hereto.

1

Dated: May 1, 2025

Respectfully Submitted,

**RICK MARTIN,** individually and on behalf of all others similarly situated,

*Plaintiff*,

By his attorneys,

/s/Olena Savytska

Harold L. Lichten (*pro hac vice*)
Olena Savytska (*pro hac vice*)
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Ste. 2000
Boston, MA 02116
Tel. (617) 994-5800
Fax (617) 994-5801
hlichten@llrlaw.com
osavytska@llrlaw.com

Sarah Schalman-Bergen
(PA Bar ID 206211)
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Ste. 2000
Boston, MA 02116
Tel. (267) 256-9973
ssb@llrlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 1, 2025, I served a copy of this pleading by electronic filing on all counsel of record in this case.

                                        /s/ *Olena Savytska*
                                        Olena Savytska